# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-443

_____

TANYA L. CAIRNS,

Appellant,

v.

STATE OF FLORIDA, DEPARTMENT
OF REVENUE, CHILD SUPPORT
ENFORCEMENT PROGRAM and
AARON EVANS,

Appellees.

_____

On appeal from the Division of Administrative Hearings.
Lawrence P. Stevenson, Administrative Law Judge.

January 10, 2019

PER CURIAM.

Tanya Cairns appeals a final order denying the Department of Revenue's proposed order to modify an administrative child support order. She contends the administrative law judge incorrectly calculated the father's child support obligation and effectively modified the parents' time-sharing arrangement by finding that the father had visitation with the child eighty percent of the time. Cairns' arguments appear to be based on a misreading of the child support guidelines worksheet. In calculating the child support obligation, the judge multiplied the father's basic support obligation by eighty percent, which

represents the percentage of the *other parent's* overnight stays with the child. *See* § 61.30(11)(b)3., Fla. Stat. The judge did not find that the father had visitation eighty percent of the time. Nor did the order modify, in any way, the existing time-sharing plan. Because the judge's findings are supported by competent, substantial evidence, we affirm.

ROWE, RAY, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Tanya L. Cairns, pro se, Appellant.

Ashley Brooke Moody, Attorney General, and Toni C. Bernstein, Assistant Attorney General, Tallahassee, for Appellee Department of Revenue.

2